UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALLARDO,<br><br>Petitioner,<br><br>v.<br><br>TIM V. VIRGA, Warden,<br><br>Respondent. | NO. CV 14-3788-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

Petitioner's objections rely on *Mitchell v. Prunty*, 107 F.3d 1337 (9th Cir. 1997), for the proposition that special findings are dispositive of the questions put to the jury. (Objections at 5-6.) That portion of *Mitchell* was overruled in *Santamaria v. Horsley*, 138 F.3d 1280, 1280 (9th Cir. 1998 (en banc) (*Mitchell* shared "flawed premise that if the jury returned a not true verdict on a weapon

1  enhancement question but also returned a murder conviction, it must have
2  concluded that the defendant aided and abetted").
3      IT THEREFORE IS ORDERED that judgment be entered denying the
4  Petition and dismissing this action with prejudice.

6  DATED: September 13, 2016

                                        JOHN A. KRONSTADT
                                        United States District Judge