UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALLARDO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>TIM V. VIRGA, Warden,<br><br>　　　　　Respondent. | NO. CV 14-3788-JAK (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 13, 2016　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge